1014

[No. 19976-2-III.   Division Three.   April 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA GENE KINTNER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-1-01565-3, Robert N. Hackett, Jr., J., entered February 22, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 20047-7-III.   Division Three.   April 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EUGENE CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No 00-1-02531-0, Tari S. Eitzen, J., entered February 23, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 20054-0-III.   Division Three.   April 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. AMEL W. DALLUGE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-1-00540-2, John M. Antosz, J., entered February 20, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 25563-4-II.   Division Two.   April 19, 2002.]

S&W UTILITY CONTRACTORS, INC., *Appellant*, v. STANLEY RUMBAUGH JOHNSTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-08846-5, M. Karlynn Haberly, J., entered January 19, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.